# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  **MARC S. ALPERT** | MISC. BUSINESS DOCKET<br>No.: 24-mc-91448-FDS |

## NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given to **MARC S. ALPERT** of the filing with the United States District District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED: August 21, 2024

BY: _Robert M. Farrell_
Robert M. Farrell
Clerk of Court